United States Bankruptcy Court
Central District of California

In re:  
Southland Solutions LLC  
      Debtor

Case No. 16-18203-ER  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-2     User: llomeliC     Page 1 of 1     Date Rcvd: Jun 21, 2016  
                         Form ID: 309C     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2016.
```
db            +Southland Solutions LLC,    14819 Downey Avenue,    Unit 118,    Paramount, CA  90723-4588
smg            Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
37164006      +County of Summit,    53 University Avenue.,    Akron, Ohio  44308-1680
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: linsonlawyer@gmail.com Jun 22 2016 02:25:46      Lee M Linson,
               Law Offices of Lee Linson,    11901 Santa Monica Blvd Ste 449,    Los Angeles, CA  90025
tr            +EDI: QRKDIAMOND.COM Jun 22 2016 02:08:00      Richard K Diamond (TR),
               Danning, Gill, Diamond & Kollitz,    1900 Avenue of Stars, 11th Floor,
               Los Angeles, CA 90067-4699
smg            EDI: EDD.COM Jun 22 2016 02:08:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM Jun 22 2016 02:08:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
               P.O. Box 2952,    Sacramento, CA  95812-2952
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2016                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2016 at the address(es) listed below:
```
              Lee M Linson    on behalf of Debtor    Southland Solutions LLC linsonlawyer@gmail.com,
               mcmklaw@gmail.com
              Richard K Diamond (TR)    RKDTrustee@dgdk.com,   rdiamond@ecf.epiqsystems.com;DanningGill@Gmail.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                              TOTAL: 3
```

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Southland Solutions LLC** <br> Name | EIN | **27–1996745** |
| United States Bankruptcy Court | **Central District of California** | Date case filed for chapter **7** | **6/20/16** |
| Case number: | **2:16-bk-18203-ER** | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline       12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Southland Solutions LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 14819 Downey Avenue <br> Unit 118 <br> Paramount, CA 90723 | |
| 4. | **Debtor's attorney** <br> Name and address | Lee M Linson <br> Law Offices of Lee Linson <br> 11901 Santa Monica Blvd Ste 449 <br> Los Angeles, CA 90025 | Contact phone 310-591-4004 <br> Email _____ |
| 5. | **Bankruptcy trustee** <br> Name and address | Richard K Diamond (TR) <br> Danning, Gill, Diamond & Kollitz <br> 1900 Avenue of Stars, 11th Floor <br> Los Angeles, CA 90067-4402 | Contact phone (310) 201-2482 <br> Email _____ |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 255 East Temple Street, <br> Los Angeles, CA 90012 | Hours open: 9:00 AM – 4:00 PM <br><br> Contact phone 855-460-9641 <br><br> Dated: 6/21/16 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath by the trustee and by creditors. Creditors may attend, but are not required to do so. | **July 28, 2016 at 08:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location: <br><br> **915 Wilshire Blvd., 10th Floor, Meeting Room 2, Los Angeles, CA 90017** |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

**For more information, see page 2 >**

Debtor  **Southland Solutions LLC**                                                              Case number **2:16–bk–18203–ER**

| | | |
|---|---|---|
| **9.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10.** | **Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. |
| **11.** | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

**For more information, see page 1 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                page **2**