**LEE M. LINSON (SBN #57632)**
LAW OFFICES OF LEE M. LINSON
11901 Santa Monica Blvd Ste 449
Los Angeles, CA 90025
310-591-4004
Email: linsonlawyer@gmail.com

**FILED & ENTERED**

**JUL 06 2016**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

**CHANGES MADE BY COURT**

In re:

Southland Solutions LLC

Debtor

) Case No.: **2:16-bk-18203-ER**
)
) Chapter 7
)
) ORDER GRANTING DEBTOR'S MOTION
) TO EXTEND TIME TO FILE OPENING
) DOCUMENTS [Doc. No. 8]

The Court, having considered the Debtor's Motion to Extend Time to File Opening Documents dated July 5, 2016 (the "Motion"), hereby Grants the Motion and Orders that the Debtor shall have until July 19, 2016 to file all of the relevant documents required. If Debtor fails to file all required documents by July 19, 2016, the Court will dismiss the case without further notice or hearing.

IT IS SO ORDERED.

/

/

/

/

ORDER- 1

###

Date: July 6, 2016

Ernest M. Robles
United States Bankruptcy Judge

ORDER- 2